# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0679
_____

MATTHEW LAYFIELD,

    Appellant,

    v.

GLENN KIMBREL in his official
capacity as Sheriff, Calhoun
County, Florida,

    Appellee.

_____

On appeal from the Circuit Court for Calhoun County.
Brandon J. Young, Judge.


December 29, 2023

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Jennifer Alane Hawkins and William G. Warner of Warner Law Firm, P.A., Panama City, for Appellee.